JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARLENE TESSIER, | ) | NO. 2:22-cv-04340-KS |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: June 5, 2023

_____
KAREN L. STEVENSON
CHIEF MAGISTRATE JUDGE